**Vince KRELL and Maxine Krell, Plaintiffs and Appellants,**

v.

**J. W. KAPPENMAN, D. D. S., and Analee Rola, Defendants and Appellees.**

**No. 12974.**

Supreme Court of South Dakota.

Submitted on Briefs Sept. 12, 1980.

Decided Nov. 5, 1980.

Bradley G. Bonynge, Sioux Falls, for plaintiffs and appellants.

Richard W. Sabers of Dana, Golden, Moore & Rasmussen, Sioux Falls, for defendants and appellees.

PER CURIAM.

Plaintiffs initiated this action in small claims court. Defendants transferred the action to circuit court for trial by jury. At the close of plaintiffs' case, the trial court granted defendants' motion for a directed verdict. Plaintiffs appeal. We dismiss the appeal. SDCL 15–39–23; *Hauswirth v. Hartigan*, 296 N.W.2d 535 (S.D.1980); and *Magnum Construction v. Sioux Falls Nautilus*, 296 N.W.2d 536 (S.D.1980).